## 12-00750  ORIENTAL BANK                                              EXHIBIT C

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  3.250 %

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 10/12/2012 | 797,660.00 | 1 | | |
| 2 | Payment | 11/12/2012 | 3,471.47 | 60 | Monthly | 10/12/2017 |
| 3 | Rate Change | 10/12/2017 | Rate: 3.500 % | | Compounding: Monthly | |
| 4 | Payment | 11/12/2017 | 5,092.57 | 60 | Monthly | 10/12/2022 |
| 5 | Payment | 11/12/2022 | 516,496.14 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 10/12/2012 | | | | 797,660.00 |
| 1 | 11/12/2012 | 3,471.47 | 2,160.33 | 1,311.14 | 796,348.86 |
| 2 | 12/12/2012 | 3,471.47 | 2,156.78 | 1,314.69 | 795,034.17 |
| 2012 Totals | | 6,942.94 | 4,317.11 | 2,625.83 | |
| 3 | 01/12/2013 | 3,471.47 | 2,153.22 | 1,318.25 | 793,715.92 |
| 4 | 02/12/2013 | 3,471.47 | 2,149.65 | 1,321.82 | 792,394.10 |
| 5 | 03/12/2013 | 3,471.47 | 2,146.07 | 1,325.40 | 791,068.70 |
| 6 | 04/12/2013 | 3,471.47 | 2,142.48 | 1,328.99 | 789,739.71 |
| 7 | 05/12/2013 | 3,471.47 | 2,138.88 | 1,332.59 | 788,407.12 |
| 8 | 06/12/2013 | 3,471.47 | 2,135.27 | 1,336.20 | 787,070.92 |
| 9 | 07/12/2013 | 3,471.47 | 2,131.65 | 1,339.82 | 785,731.10 |
| 10 | 08/12/2013 | 3,471.47 | 2,128.02 | 1,343.45 | 784,387.65 |
| 11 | 09/12/2013 | 3,471.47 | 2,124.38 | 1,347.09 | 783,040.56 |
| 12 | 10/12/2013 | 3,471.47 | 2,120.73 | 1,350.74 | 781,689.82 |
| 13 | 11/12/2013 | 3,471.47 | 2,117.08 | 1,354.39 | 780,335.43 |
| 14 | 12/12/2013 | 3,471.47 | 2,113.41 | 1,358.06 | 778,977.37 |
| 2013 Totals | | 41,657.64 | 25,600.84 | 16,056.80 | |

## 12-00750  ORIENTAL BANK                    EXHIBIT C

|    | Date       | Payment    | Interest   | Principal  | Balance    |
|----|------------|------------|------------|------------|------------|
| 15 | 01/12/2014 | 3,471.47   | 2,109.73   | 1,361.74   | 777,615.63 |
| 16 | 02/12/2014 | 3,471.47   | 2,106.04   | 1,365.43   | 776,250.20 |
| 17 | 03/12/2014 | 3,471.47   | 2,102.34   | 1,369.13   | 774,881.07 |
| 18 | 04/12/2014 | 3,471.47   | 2,098.64   | 1,372.83   | 773,508.24 |
| 19 | 05/12/2014 | 3,471.47   | 2,094.92   | 1,376.55   | 772,131.69 |
| 20 | 06/12/2014 | 3,471.47   | 2,091.19   | 1,380.28   | 770,751.41 |
| 21 | 07/12/2014 | 3,471.47   | 2,087.45   | 1,384.02   | 769,367.39 |
| 22 | 08/12/2014 | 3,471.47   | 2,083.70   | 1,387.77   | 767,979.62 |
| 23 | 09/12/2014 | 3,471.47   | 2,079.94   | 1,391.53   | 766,588.09 |
| 24 | 10/12/2014 | 3,471.47   | 2,076.18   | 1,395.29   | 765,192.80 |
| 25 | 11/12/2014 | 3,471.47   | 2,072.40   | 1,399.07   | 763,793.73 |
| 26 | 12/12/2014 | 3,471.47   | 2,068.61   | 1,402.86   | 762,390.87 |
| 2014 Totals | | 41,657.64 | 25,071.14 | 16,586.50 | |
| 27 | 01/12/2015 | 3,471.47   | 2,064.81   | 1,406.66   | 760,984.21 |
| 28 | 02/12/2015 | 3,471.47   | 2,061.00   | 1,410.47   | 759,573.74 |
| 29 | 03/12/2015 | 3,471.47   | 2,057.18   | 1,414.29   | 758,159.45 |
| 30 | 04/12/2015 | 3,471.47   | 2,053.35   | 1,418.12   | 756,741.33 |
| 31 | 05/12/2015 | 3,471.47   | 2,049.51   | 1,421.96   | 755,319.37 |
| 32 | 06/12/2015 | 3,471.47   | 2,045.66   | 1,425.81   | 753,893.56 |
| 33 | 07/12/2015 | 3,471.47   | 2,041.80   | 1,429.67   | 752,463.89 |
| 34 | 08/12/2015 | 3,471.47   | 2,037.92   | 1,433.55   | 751,030.34 |
| 35 | 09/12/2015 | 3,471.47   | 2,034.04   | 1,437.43   | 749,592.91 |
| 36 | 10/12/2015 | 3,471.47   | 2,030.15   | 1,441.32   | 748,151.59 |
| 37 | 11/12/2015 | 3,471.47   | 2,026.24   | 1,445.23   | 746,706.36 |
| 38 | 12/12/2015 | 3,471.47   | 2,022.33   | 1,449.14   | 745,257.22 |
| 2015 Totals | | 41,657.64 | 24,523.99 | 17,133.65 | |
| 39 | 01/12/2016 | 3,471.47   | 2,018.40   | 1,453.07   | 743,804.15 |
| 40 | 02/12/2016 | 3,471.47   | 2,014.47   | 1,457.00   | 742,347.15 |
| 41 | 03/12/2016 | 3,471.47   | 2,010.52   | 1,460.95   | 740,886.20 |
| 42 | 04/12/2016 | 3,471.47   | 2,006.57   | 1,464.90   | 739,421.30 |
| 43 | 05/12/2016 | 3,471.47   | 2,002.60   | 1,468.87   | 737,952.43 |
| 44 | 06/12/2016 | 3,471.47   | 1,998.62   | 1,472.85   | 736,479.58 |
| 45 | 07/12/2016 | 3,471.47   | 1,994.63   | 1,476.84   | 735,002.74 |

| | 12-00750  ORIENTAL BANK | | | | EXHIBIT C |
|---|---|---|---|---|---|
| | Date | Payment | Interest | Principal | Balance |
| 46 | 08/12/2016 | 3,471.47 | 1,990.63 | 1,480.84 | 733,521.90 |
| 47 | 09/12/2016 | 3,471.47 | 1,986.62 | 1,484.85 | 732,037.05 |
| 48 | 10/12/2016 | 3,471.47 | 1,982.60 | 1,488.87 | 730,548.18 |
| 49 | 11/12/2016 | 3,471.47 | 1,978.57 | 1,492.90 | 729,055.28 |
| 50 | 12/12/2016 | 3,471.47 | 1,974.52 | 1,496.95 | 727,558.33 |
| 2016 Totals | | 41,657.64 | 23,958.75 | 17,698.89 | |
| 51 | 01/12/2017 | 3,471.47 | 1,970.47 | 1,501.00 | 726,057.33 |
| 52 | 02/12/2017 | 3,471.47 | 1,966.41 | 1,505.06 | 724,552.27 |
| 53 | 03/12/2017 | 3,471.47 | 1,962.33 | 1,509.14 | 723,043.13 |
| 54 | 04/12/2017 | 3,471.47 | 1,958.24 | 1,513.23 | 721,529.90 |
| 55 | 05/12/2017 | 3,471.47 | 1,954.14 | 1,517.33 | 720,012.57 |
| 56 | 06/12/2017 | 3,471.47 | 1,950.03 | 1,521.44 | 718,491.13 |
| 57 | 07/12/2017 | 3,471.47 | 1,945.91 | 1,525.56 | 716,965.57 |
| 58 | 08/12/2017 | 3,471.47 | 1,941.78 | 1,529.69 | 715,435.88 |
| 59 | 09/12/2017 | 3,471.47 | 1,937.64 | 1,533.83 | 713,902.05 |
| 60 | 10/12/2017 | 3,471.47 | 1,933.48 | 1,537.99 | 712,364.06 |
| Rate | 10/12/2017 | | 0.00 | 0.00 | 712,364.06 |
| | 10/12/2017 | Rate: 3.500 % | Compounding: Monthly | | |
| 61 | 11/12/2017 | 5,092.57 | 2,077.73 | 3,014.84 | 709,349.22 |
| 62 | 12/12/2017 | 5,092.57 | 2,068.94 | 3,023.63 | 706,325.59 |
| 2017 Totals | | 44,899.84 | 23,667.10 | 21,232.74 | |
| 63 | 01/12/2018 | 5,092.57 | 2,060.12 | 3,032.45 | 703,293.14 |
| 64 | 02/12/2018 | 5,092.57 | 2,051.27 | 3,041.30 | 700,251.84 |
| 65 | 03/12/2018 | 5,092.57 | 2,042.40 | 3,050.17 | 697,201.67 |
| 66 | 04/12/2018 | 5,092.57 | 2,033.50 | 3,059.07 | 694,142.60 |
| 67 | 05/12/2018 | 5,092.57 | 2,024.58 | 3,067.99 | 691,074.61 |
| 68 | 06/12/2018 | 5,092.57 | 2,015.63 | 3,076.94 | 687,997.67 |
| 69 | 07/12/2018 | 5,092.57 | 2,006.66 | 3,085.91 | 684,911.76 |
| 70 | 08/12/2018 | 5,092.57 | 1,997.66 | 3,094.91 | 681,816.85 |
| 71 | 09/12/2018 | 5,092.57 | 1,988.63 | 3,103.94 | 678,712.91 |
| 72 | 10/12/2018 | 5,092.57 | 1,979.58 | 3,112.99 | 675,599.92 |
| 73 | 11/12/2018 | 5,092.57 | 1,970.50 | 3,122.07 | 672,477.85 |
| 74 | 12/12/2018 | 5,092.57 | 1,961.39 | 3,131.18 | 669,346.67 |

## 12-00750  ORIENTAL BANK                                EXHIBIT C

|     | Date       | Payment    | Interest  | Principal | Balance    |
|-----|------------|------------|-----------|-----------|------------|
| 2018 Totals | | 61,110.84 | 24,131.92 | 36,978.92 | |
| 75  | 01/12/2019 | 5,092.57   | 1,952.26  | 3,140.31  | 666,206.36 |
| 76  | 02/12/2019 | 5,092.57   | 1,943.10  | 3,149.47  | 663,056.89 |
| 77  | 03/12/2019 | 5,092.57   | 1,933.92  | 3,158.65  | 659,898.24 |
| 78  | 04/12/2019 | 5,092.57   | 1,924.70  | 3,167.87  | 656,730.37 |
| 79  | 05/12/2019 | 5,092.57   | 1,915.46  | 3,177.11  | 653,553.26 |
| 80  | 06/12/2019 | 5,092.57   | 1,906.20  | 3,186.37  | 650,366.89 |
| 81  | 07/12/2019 | 5,092.57   | 1,896.90  | 3,195.67  | 647,171.22 |
| 82  | 08/12/2019 | 5,092.57   | 1,887.58  | 3,204.99  | 643,966.23 |
| 83  | 09/12/2019 | 5,092.57   | 1,878.23  | 3,214.34  | 640,751.89 |
| 84  | 10/12/2019 | 5,092.57   | 1,868.86  | 3,223.71  | 637,528.18 |
| 85  | 11/12/2019 | 5,092.57   | 1,859.46  | 3,233.11  | 634,295.07 |
| 86  | 12/12/2019 | 5,092.57   | 1,850.03  | 3,242.54  | 631,052.53 |
| 2019 Totals | | 61,110.84 | 22,816.70 | 38,294.14 | |
| 87  | 01/12/2020 | 5,092.57   | 1,840.57  | 3,252.00  | 627,800.53 |
| 88  | 02/12/2020 | 5,092.57   | 1,831.08  | 3,261.49  | 624,539.04 |
| 89  | 03/12/2020 | 5,092.57   | 1,821.57  | 3,271.00  | 621,268.04 |
| 90  | 04/12/2020 | 5,092.57   | 1,812.03  | 3,280.54  | 617,987.50 |
| 91  | 05/12/2020 | 5,092.57   | 1,802.46  | 3,290.11  | 614,697.39 |
| 92  | 06/12/2020 | 5,092.57   | 1,792.87  | 3,299.70  | 611,397.69 |
| 93  | 07/12/2020 | 5,092.57   | 1,783.24  | 3,309.33  | 608,088.36 |
| 94  | 08/12/2020 | 5,092.57   | 1,773.59  | 3,318.98  | 604,769.38 |
| 95  | 09/12/2020 | 5,092.57   | 1,763.91  | 3,328.66  | 601,440.72 |
| 96  | 10/12/2020 | 5,092.57   | 1,754.20  | 3,338.37  | 598,102.35 |
| 97  | 11/12/2020 | 5,092.57   | 1,744.47  | 3,348.10  | 594,754.25 |
| 98  | 12/12/2020 | 5,092.57   | 1,734.70  | 3,357.87  | 591,396.38 |
| 2020 Totals | | 61,110.84 | 21,454.69 | 39,656.15 | |
| 99  | 01/12/2021 | 5,092.57   | 1,724.91  | 3,367.66  | 588,028.72 |
| 100 | 02/12/2021 | 5,092.57   | 1,715.08  | 3,377.49  | 584,651.23 |
| 101 | 03/12/2021 | 5,092.57   | 1,705.23  | 3,387.34  | 581,263.89 |
| 102 | 04/12/2021 | 5,092.57   | 1,695.35  | 3,397.22  | 577,866.67 |
| 103 | 05/12/2021 | 5,092.57   | 1,685.44  | 3,407.13  | 574,459.54 |

Case:12-00750-BKT12   Doc#:47-2   Filed:10/12/12   Entered:10/12/12 17:47:50   Desc:
Exhibit LOAN CALCULATOR ORIENTAL BANK   Page 5 of 5

10/12/2012 5:08:30 PM   Page 5

12-00750  ORIENTAL BANK                                          EXHIBIT C

|       | Date       | Payment      | Interest    | Principal   | Balance     |
|-------|------------|--------------|-------------|-------------|-------------|
| 104   | 06/12/2021 | 5,092.57     | 1,675.51    | 3,417.06    | 571,042.48  |
| 105   | 07/12/2021 | 5,092.57     | 1,665.54    | 3,427.03    | 567,615.45  |
| 106   | 08/12/2021 | 5,092.57     | 1,655.55    | 3,437.02    | 564,178.43  |
| 107   | 09/12/2021 | 5,092.57     | 1,645.52    | 3,447.05    | 560,731.38  |
| 108   | 10/12/2021 | 5,092.57     | 1,635.47    | 3,457.10    | 557,274.28  |
| 109   | 11/12/2021 | 5,092.57     | 1,625.38    | 3,467.19    | 553,807.09  |
| 110   | 12/12/2021 | 5,092.57     | 1,615.27    | 3,477.30    | 550,329.79  |
| 2021 Totals |      | 61,110.84    | 20,044.25   | 41,066.59   |             |
| 111   | 01/12/2022 | 5,092.57     | 1,605.13    | 3,487.44    | 546,842.35  |
| 112   | 02/12/2022 | 5,092.57     | 1,594.96    | 3,497.61    | 543,344.74  |
| 113   | 03/12/2022 | 5,092.57     | 1,584.76    | 3,507.81    | 539,836.93  |
| 114   | 04/12/2022 | 5,092.57     | 1,574.52    | 3,518.05    | 536,318.88  |
| 115   | 05/12/2022 | 5,092.57     | 1,564.26    | 3,528.31    | 532,790.57  |
| 116   | 06/12/2022 | 5,092.57     | 1,553.97    | 3,538.60    | 529,251.97  |
| 117   | 07/12/2022 | 5,092.57     | 1,543.65    | 3,548.92    | 525,703.05  |
| 118   | 08/12/2022 | 5,092.57     | 1,533.30    | 3,559.27    | 522,143.78  |
| 119   | 09/12/2022 | 5,092.57     | 1,522.92    | 3,569.65    | 518,574.13  |
| 120   | 10/12/2022 | 5,092.57     | 1,512.51    | 3,580.06    | 514,994.07  |
| 121   | 11/12/2022 | 516,496.14   | 1,502.07    | 514,994.07  | 0.00        |
| 2022 Totals |      | 567,421.84   | 17,092.05   | 550,329.79  |             |
| Grand Totals |     | 1,030,338.54 | 232,678.54  | 797,660.00  |             |