**EXHIBIT A**

JOSE R SOTO CAMERON
PO BOX 252
BAJADERO, PR 00616

AUGUST 23, 2012

RE:  PROFESSIONAL SERVICES INVOICE
     CASE NO. 12-00750 BKT

PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | TIME | HOUR | TOTAL |
|---|---|---|---|---|
| December 5, 2011 | INITIAL DEBTORS INTERVIEW | 2.5 | $ 200.00 | $ 500.00 |
| January 23, 2012 | MEETING WITH DEBTOR TO REVIEW DOCUMENTS REQUESTED AND CREDIT COUNSELING | 2.5 | $ 200.00 | $ 500.00 |
| February 1, 2012 | REVIEW, PREPARE & FILE CHAPTER 12 CASE AND MEETING WITH DEBTORS TO DISCUSS PROCEDURE OF CASE | 2.5 | $ 200.00 | $ 500.00 |
| February 29, 2012 | MEETING WITH DEBTORS TO PREPARE FOR 341 MEETING | 1.5 | $ 200.00 | $ 300.00 |
| March 6, 2012 | 341 MEETING | 1.5 | $ 200.00 | $ 300.00 |
| March 13, 2012 | MEETING WITH DEBTOR TO DISCUSS CASE | 2 | $ 200.00 | $ 400.00 |
| March 20, 2012 | MEETING WITH DEBTOR TO DISCUSS CASE | 2 | $ 200.00 | $ 400.00 |
| May 25, 2012 | PREPARE, REVIEW & FILE CHAPTER 12 PLAN OF REORGANIZATION | 2 | $ 200.00 | $ 400.00 |
| May 25, 2012 | PREPARE & FILE ANSWER TO ORDER TO SHOW CAUSE | 1.5 | $ 200.00 | $ 300.00 |
| June 28, 2012 | PREPARE & FILE REPLY TO OBJECTION TO CONFIRMATION BY ORIENTAL | 1.5 | $ 200.00 | $ 300.00 |
| June 28, 2012 | REVIEW & FILE OPERATING REPORT FOR FEBRUARY 2012 | 1 | $ 200.00 | $ 200.00 |
| June 28, 2012 | REVIEW & FILE OPERATING REPORT FOR MARCH 2012 | 1 | $ 200.00 | $ 200.00 |
| June 28, 2012 | REVIEW & FILE OPERATING REPORT FOR  APRIL 2012 | 1 | $ 200.00 | $ 200.00 |
| June 29, 2012 | CONFIRMATION HEARING | 2 | $ 200.00 | $ 400.00 |
| July 26, 2012 | MEETING WITH DEBTORS TO DISCUSS CASE | 2.5 | $ 200.00 | $ 500.00 |
| August 7, 2012 | CONFIRMATION HEARING | 2 | $ 200.00 | $ 400.00 |
| August 9, 2012 | REVIEW & FILE OPERATING REPORT FOR  MAY 2012 | 1 | $ 200.00 | $ 200.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| August 9, 2012 | REVIEW & FILE OPERATING REPORT FOR JUNE 2012 | 1 | $ 200.00 | $ 200.00 |
| September 5, 2012 | PREPARE & FILE MOTION REQUESTING EXTENSION OF TIME TO FILE PLAN | 1.5 | $ 200.00 | $ 300.00 |
| October 10, 2012 | MEETING WITH DEBTORS TO DISCUSS CASE | 2.5 | $ 200.00 | $ 500.00 |
| October 12, 2012 | PREPARE, REVIEW & FILE AMENDED CHAPTER 12 PLAN | 2.5 | $ 200.00 | $ 500.00 |
| October 15, 2012 | PREPARE & FILE REPLY TO ORDER TO SHOW CAUSE | 1.5 | $ 200.00 | $ 300.00 |
| October 17, 2012 | PREPARE & FILE SUPPLEMENT TO THE CHAPTER 12 PLAN | 2 | $ 200.00 | $ 400.00 |
| October 17, 2012 | REVIEW & FILE OPERATING REPORT FOR JULY 2012 | 1 | $ 200.00 | $ 200.00 |
| October 17, 2012 | REVIEW & FILE OPERATING REPORT FOR AUGUST 2012 | 1 | $ 200.00 | $ 200.00 |
| October 17, 2012 | REVIEW & FILE OPERATING REPORT FOR SEPTEMBER 2012 | 1 | $ 200.00 | $ 200.00 |
| October 18, 2012 | PREPARE & FILE SECOND SUPPLEMENT TO CHAPTER 12 PLAN | 1.5 | $ 200.00 | $ 300.00 |
| October 18, 2012 | PREPARE & FILE SCHEDULE B | 1 | $ 200.00 | $ 200.00 |
| October 18, 2012 | PREPARE & FILE MOTION TO INFORM | 1.5 | $ 200.00 | $ 300.00 |
| October 18, 2012 | CONFIRMATION HEARING | 2 | $ 200.00 | $ 400.00 |
| | SUB TOTAL | 50.00 | | $ 10,000.00 |
| | LESS: ADVANCE FEES PAID TO ATTORNEY | | | $ 1,521.00 |
| | **TOTAL DUE:** | | | $ 8,479.00 |

__/s/ Victor Gratacos Diaz_____

Victor Gratacós Díaz, Esq.
P.O. Box 7571
Caguas, P.R. 00726